FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 27 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-593 JH |
| vs. | ) Counts 1-5: 18 U.S.C. § 1014: False Statement on a Loan or Credit Application |
| **WILLIE LEE EDWARDS**, | ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about January 30, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **WILLIE LEE EDWARDS**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of Del Norte Credit Union, an institution whose accounts are insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 1014.

## Count 2

On or about February 7, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **WILLIE LEE EDWARDS**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of State Farm Bank, an institution whose accounts are insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 1014.

Count 3

On or about February 13, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **WILLIE LEE EDWARDS**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of Mountain America Credit Union, an institution whose accounts are insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 1014.

Count 4

On or about February 21, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **WILLIE LEE EDWARDS**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of Sandia Area Federal Credit Union, an institution whose accounts are insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 1014.

Count 5

On or about March 21, 2018, in Bernalillo County, in the District of New Mexico and elsewhere, the defendant, **WILLIE LEE EDWARDS**, did knowingly make a false statement on a consumer credit application for the purpose of influencing the actions of First Financial Credit Union, an institution whose accounts are insured by the National Credit Union Administration.

In violation of 18 U.S.C. § 1014.

A TRUE BILL:

_____/s/_____

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____ 2/22/2019 12:00 PM