AO 442 (Rev. 08/14) Arrest Warrant

**FILED**
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

## UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1084 1:19CR00593-001JCH |
| Willie Lee Edwards | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay, Willie Lee Edwards, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☒ Order of the Court

This offense is briefly described as follows:
The defendant failed to appear for his Jury Selection / Trial scheduled for April 18, 2022.

Date:  April 18, 2022

*Issuing Officer's signature*

City and state:  Santa Fe, New Mexico

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on (date) 4/18/22, and the person was arrested on (date) 3/16/23 at (city and state) ALBUQUERQUE, NM.

Date: 3/16/23

*Arresting officer's signature*

SA ROBERT BALINT FBI
*Printed name and title*