# SEALED CLERK'S MINUTES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Judith C. Herrera, United States District Judge

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 19-593 JCH | UNITED STATES vs. EDWARDS | |
| Hearing Date: | 5/2/2023 | Time In and Out: | 9:04-9:14 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Pecos |
| Defendant: | Willie Lee Edwards | Defendant's Counsel: | Edward O Bustamante |
| AUSA: | Taylor Harstein and Nick Mendenhall | Pretrial/Probation: | |
| Interpreter: | | Court Reporter: | Carmela McAlister |

**Proceedings**

Court in session - parties state their appearance; Court has reviewed all filed documents. Mr. Bustamante addresses Court regarding filings; Court responds; Mr. Harstein responds; Court notes concerns of competency; Mr. Harstein responds; Mr. Bustamante responds; Court responds, believes competency evaluation is necessary, will grant motion, Mr. Bustamante to submit proposed order; Government withdraws opposition to motion; Court vacates Call of the Calendar and Jury Trial scheduled for May.

**Custody Status**

☒ Defendant previously detained
☐ Conditions

**Other Ruling**

☐